Joel D. Smith (Bar No. 244902)
Email: jsmith@bursor.com
Frederick J. Klorcyzk III (Bar No. 320783)
Email: fklorczyk@bursor.com
**Bursor & Fisher, P.A.**
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone (925) 407-2700; Fax (925) 407-2700

*Counsel for Plaintiffs*

Jeremy J. Calsyn (Bar No. 205062)
Email: jcalsyn@cgsh.com
**Cleary Gottlieb Steen & Hamilton LLP**
2112 Pennsylvania Ave NW
Washington, D.C. 20037
Telephone: (202) 974-1500; Fax (202) 974-1999

*Counsel for Robert Bosch LLC*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEERAJ SHARMA, STEPHAN MOONESAR, and JASON STARLING, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>VOLKSWAGEN AG, VOLKSWAGEN GROUP OF AMERICA, INC., AUDI AG, AUDI OF AMERICA, LLC, ROBERT BOSCH GMBH, AND ROBERT BOSCH LLC<br><br>Defendants | Case No. 4:20-cv-02394-KAW<br><br>**STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT PURSUANT TO LOCAL RULE 6-1(a)** |

WHEREAS on April 8, 2020, Plaintiffs Neeraj Sharma, Stephan Moonesar, and Jason Starling ("Plaintiffs") filed their Complaint;

- 1 -

WHEREAS on April 17, 2020, Plaintiffs served the Summons and Complaint on Defendant Robert Bosch LLC ("Bosch LLC");

WHEREAS by rule, Bosch LLC would have been required to file responses to Plaintiffs' Complaint on or before May 8, 2020;

WHEREAS, this is a putative class action raising complex issues, and counsel for the parties have agreed to extend the deadline by which Defendant Bosch LLC must respond to the Complaint through and including June 5, 2020;

WHEREAS, there have been no prior extensions to the deadline for responding to the Complaint;

WHEREAS the agreed-to extension will not alter the date of any event or any deadline already fixed by Court order;

NOW, THEREFORE, pursuant to Rule 6-1(a) of the Local Civil Rules of the United States District Court for the Northern District of California, it is hereby stipulated by and between Plaintiffs and Defendant Bosch LLC, through its counsel, that Bosch shall have until and including June 5, 2020 to answer, move or otherwise respond to the Complaint.

**IT IS SO STIPULATED.**

Dated: May 8, 2020                     BURSOR & FISHER, P.A.

                                       By:   /s/ Joel D. Smith *(with permission)*
                                             Joel D. Smith (SBN 244902)
                                             Attorney for Plaintiffs


Dated: May 8, 2020                     CLEARY GOTTLIEB STEEN & HAMILTON LLP

                                       By:   /s/ Jeremy J. Calsyn
                                             Jeremy J. Calsyn (SBN 205062)
                                             Attorney for Robert Bosch LLC

## ATTESTATION (CIVIL LOCAL RULE 5-1(i)(3))

In accordance with Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from the signatories.

Dated: May 8, 2020

CLEARY GOTTLIEB STEEN & HAMILTON LLP

By: /s/ Jeremy J. Calsyn
Jeremy J. Calsyn (SBN 205062)
Attorney for Robert Bosch LLC