United States District Court<br>Northern District of California

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEERAJ SHARMA, et al., <br><br>  Plaintiffs, <br><br> v. <br><br> VOLKSWAGEN AG, et al., <br><br>  Defendants. | Case No. 20-cv-02394-JST <br><br> **CLERK'S NOTICE SETTING CASE MANAGEMENT CONFERENCE** <br><br> Re: Dkt. No. 21 |

**YOU ARE NOTIFIED THAT** a Case Management Conference is set for August 25, 2020 at 2:00 P.M. before the Honorable JON S. TIGAR.  The Joint Case Management Conference Statement is due August 18, 2020 by 5:00 P.M.

Please report to Courtroom 6, 2nd Floor, Ronald Dellums Federal Building, 1301 Clay Street, Oakland, CA 94612.

Dated: May 20, 2020

Susan Y. Soong<br>
Clerk, United States District Court<br><br>
By: _____<br>
Mauriona Lee, Deputy Clerk to the<br>
Honorable JON S. TIGAR<br>
510-637-3530