1  **CLEARY GOTTLIEB STEEN & HAMILTON LLP**
   NOWELL D. BAMBERGER (*pro hac vice*)
2  nbamberger@cgsh.com
   LARRY C. WORK-DEMBOWSKI (*pro hac vice*)
3  lwork-dembowski@cgsh.com
   (202) 974-1500 (Phone)
4  (202) 974-1999 (Facsimile)

5
   **DURIE TANGRI LLP**
6  RAGESH K. TANGRI (SBN 159477)
   rtangri@durietangri.com
7  CATHERINE Y. KIM (SBN 308442)
   ckim@durietangri.com
8  Telephone: 415-362-6666
   Facsimile: 415-236-6300
9

10 *Attorneys for Defendant Robert Bosch LLC*

11

12 **HERZFELD & RUBIN, P.C.**
   MICHAEL B. GALLUB (pro hac vice)
13 mgallub@herzfeld-rubin.com
   HOMER B. RAMSEY (pro hac vice)
14 hramsey@herzfeld-rubin.com
   Telephone: (212) 471-8500; Fax: (212) 344-3333
15

16 **HERZFELD & RUBIN, LLP**
   CRAIG L. WINTERMAN (Bar No. 75220)
17 cwinterman@hrllp-law.com
   Telephone: (310) 553-0451; Fax: (310) 553-0648
18

19 *Counsel for Defendants Volkswagen Group of America, Inc.*

20 **BURSOR & FISHER, P.A.**
   JOEL D. SMITH (Bar No. 244902)
21 jsmith@bursor.com
   FREDERICK J. KLORCYZK III (Bar No. 320783)
22 fklorczyk@bursor.com
   Telephone: (925) 407-2700; Fax: (925) 407-2700
23

24 *Counsel for Plaintiffs*

25

26

27

28

STIPULATED ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE
(No. 4:20-cv-02394-JST)

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| NEERAJ SHARMA, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>VOLKSWAGEN AG, et al.,<br><br>Defendants. | Case No. 4:20-cv-02394-JST<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE, CASE MANAGEMENT STATEMENT AND RELATED DEADLINES**<br><br>The Honorable Jon S. Tigar |

WHEREAS, on May 20, 2020, the Court issued an order scheduling a joint case management conference in this action for August 25, 2020 at 2:00pm and a deadline for the Parties to submit a joint case management conference statement by August 18, 2020 at 5:00pm;

WHEREAS, on July 17, 2020, pursuant to a stipulation among and by the Parties, the Court ordered Plaintiffs file their amended complaint by July 31, 2020;

WHEREAS, on July 31, 2020, Plaintiffs filed their Amended Complaint;

WHEREAS, pursuant to the order entered by the Court, briefing of the served Defendants' forthcoming motions to dismiss is scheduled to be completed by October 30, 2020;

WHEREAS, though Plaintiffs have commenced the procedures for service of process under the Hague Convention, Defendants Volkswagen AG, Audi AG, and Robert Bosch GmbH have not yet been served with process and have not appeared in this case;

WHEREAS, Robert Bosch LLC ("Bosch LLC") has asserted that this Court lacks personal jurisdiction over it with respect to this case and, further, that discovery as to Bosch LLC should not proceed prior to resolution of its motion to dismiss, and this stipulation is made subject to Bosch LLC's jurisdictional objection and without prejudice to any of Bosch LLC's defenses or arguments, including its right to move for additional relief related to any discovery demands or for a stay of discovery;

WHEREAS, Defendants believe that the Court's rulings with respect to the served Defendants' forthcoming motions to dismiss will determine which claims, if any, are subject to litigation, and will therefore materially impact the formulation of a joint case management conference statement and proposed discovery schedule;

WHEREAS, for these reasons, Defendants believe that judicial economy, as well as the parties' resources, would be conserved if the motions to dismiss the Amended Complaint are heard before the case management conference is held;

WHEREAS, Plaintiffs are willing to accommodate Defendants' request to adjourn the case management conference to follow briefing of the motions to dismiss but have asked in return that the Rule 26(f) conference be completed in August, 2020;

WHEREAS, the Parties have not previously requested a continuance of the August 25, 2020 case management conference;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and among the Parties, that, subject to the Court's approval:

1. The parties shall complete their Rule 26(f) conference by August 31, 2020;

2. The case management conference currently scheduled for August 25, 2020 shall be continued to November 24, 2020 at 2:00pm, or as soon thereafter as is convenient for the Court, when it will be held in Courtroom 6 of the United States District Court for the Northern District of California and by such remote means as the Court may order;

3. The deadline for the parties to submit a joint case management conference statement shall be extended to November 17, 2020 at 5:00pm;

1   4. The parties shall not be obligated to serve Rule 26(a) initial disclosures or respond
2   or object to any discovery requests served until a reasonable date to be agreed following the case
3   management conference or issuance of a case management order, and taking into account any
4   guidance from the Court at the case management conference as to whether discovery should be
5   stayed pending resolution of Defendants' anticipated motions to dismiss.

**IT IS SO STIPULATED.**

Dated: August 14, 2020      **BURSOR & FISHER, P.A.**

By: /s/ Joel D. Smith
Joel D. Smith (State Bar No. 244902)
Frederick J. Klorczyk (State Bar No. 320783)

*Counsel for Plaintiffs*

Dated: August 14, 2020      **HERZFELD & RUBIN, P.C.**

By: /s/ Michael B. Gallub
Michael B. Gallub (pro hac vice)
Homer B. Ramsey (pro hac vice)
125 Broad Street
New York, NY 10004
(212) 471-8500 (Phone)
(212) 344-3333 (Facsimile)
mgallub@herzfeld-rubin.com
hramsey@herzfeld-rubin.com

HERZFELD & RUBIN, LLP

Craig L. Winterman (State Bar No. 75220)
10250 Constellation Blvd., Suite 100
Los Angeles CA 90067
(310) 553-0451 (Phone)
(310) 553-0648 (Facsimile)
cwinterman@hrllp-law.com

*Counsel for Defendant Volkswagen Group of America, Inc.*

1   4.   The parties shall not be obligated to serve Rule 26(a) initial disclosures or respond
2   or object to any discovery requests served until a reasonable date to be agreed following the case
3   management conference or issuance of a case management order, and taking into account any
4   guidance from the Court at the case management conference as to whether discovery should be
5   stayed pending resolution of Defendants' anticipated motions to dismiss.

**IT IS SO STIPULATED.**

Dated: August 14, 2020     **BURSOR & FISHER, P.A.**

By: /s/ Joel D. Smith
Joel D. Smith (State Bar No. 244902)
Frederick J. Klorczyk (State Bar No. 320783)

*Counsel for Plaintiffs*

Dated: August 14, 2020     **HERZFELD & RUBIN, P.C.**

By: /s/ Michael B. Gallub
Michael B. Gallub (pro hac vice)
Homer B. Ramsey (pro hac vice)
125 Broad Street
New York, NY 10004
(212) 471-8500 (Phone)
(212) 344-3333 (Facsimile)
mgallub@herzfeld-rubin.com
hramsey@herzfeld-rubin.com

HERZFELD & RUBIN, LLP

Craig L. Winterman (State Bar No. 75220)
10250 Constellation Blvd., Suite 100
Los Angeles CA 90067
(310) 553-0451 (Phone)
(310) 553-0648 (Facsimile)
cwinterman@hrllp-law.com

*Counsel for Defendant Volkswagen Group of America, Inc.*

| | |
|---|---|
| Dated:  August 14, 2020 | **CLEARY GOTTLIEB STEEN & HAMILTON LLP**<br><br>By: /s/  Nowell D. Bamberger<br>Nowell D. Bamberger (pro hac vice)<br>Larry C. Work-Dembowski (pro hac vice)<br>2112 Pennsylvania Ave., NW<br>Washington, DC 20006<br>(202) 974-1500 (Phone)<br>(202) 974-1999 (Facsimile)<br>nbamberger@cgsh.com<br>lwork-dembowski@cgsh.com<br><br>**DURIE TANGRI LLP**<br>Ragesh K. Tangri (SBN 159477)<br>Catherine Y. Kim (SBN 308442)<br>217 Leidesdorff Street San Francisco, CA 94111<br>(415) 362-6666 (phone)<br>rtangri@durietangri.com<br>ckim@durietangri.com<br><br>*Counsel for Robert Bosch LLC* |

**[~~PROPOSED~~ ORDER]**

PURSUANT TO STIPULATION, IT IS SO ORDERED

Dated: August 18, 2020

_____
JON S. TIGAR
United States District Judge